1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

DWIGHT D. MCCULLOUGH,              )      No. C 07-1063 MMC (PR)
11                                 )
                Petitioner,        )      **ORDER GRANTING MOTION TO**
12                                 )      **WITHDRAW PETITION AND FOR**
        v.                         )      **LEAVE TO FILE AMENDED**
13                                 )      **PETITION**
JAMES YATES, Warden,               )
14                                 )
                Respondent.        )      (Docket No. 6)
15  _____)

16          On February 21, 2007, petitioner, a California prisoner proceeding pro se, filed the

17  above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Now before

18  the Court is petitioner's "Motion to Amend Petition Without Prejudice," filed on April 4,

19  2007.  In his motion, petitioner seeks to "withdraw his habeas corpus petition that he may

20  amend it."  A plaintiff may amend his complaint once as a matter of course at any time

21  before a responsive pleading is served.  See Fed. R. Civ. P. 15(a).  As no responsive pleading

22  has been served, petitioner's request to withdraw his petition in order to file an amended

23  petition is hereby GRANTED.

24          Accordingly, within **thirty (30) days** of the date this order is filed, petitioner shall file

25  an amended petition for a writ of habeas corpus.  Petitioner's amended petition shall be filed

26  on the Court's form for habeas petitions.  The amended petition must include the caption and

27  civil case number used in this order (No. C 07-1064 MMC (PR)), and must include the words

28  AMENDED PETITION on the first page.  **Petitioner must include in the amended petition**

**United States District Court**
For the Northern District of California

**all the claims he wishes to present, and he may not include any unexhausted claims or incorporate material from any prior petitions by reference.  Failure to file an amended petition in conformity with this order shall result in the dismissal of this action without prejudice.**

This order terminates Docket No. 6.

IT IS SO ORDERED.

DATED: May 29, 2007

MAXINE M. CHESNEY
United States District Judge

2